IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

PARIS RENE POSTON,

Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

Defendant.

Civ. No. 6:15-cv-02389-CL

ORDER

CLARKE, Magistrate Judge.

Based upon the stipulation of the parties (#21), it is hereby ORDERED that attorney fees in the amount of $5,007.28 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Juliana Coons, P.O. Box 72322, Springfield, OR 97475. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

Page 1 – ORDER

There are no documented costs or expenses to be paid herein.

DATED this  22  day of March, 2017.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 2 – ORDER